UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

REGINA ANKRAH and ISAAC OWUSU-          )
AFRIYIE, as CO-EXECUTORS OF THE         )      CIVIL ACTION NO: 04-40249
ESTATE OF ANGELINA OWUSU-AFRIYIE        )
        PLAINTIFFS,                     )
                                        )
                                        )
V.                                      )
                                        )
THE UNITED STATES OF AMERICA,           )
KENNETH K. GERWECK, M.D. AND            )
SANDRA L. SALERNO, R.N.                 )
        DEFENDANTS.                     )
_____ )

RETURN OF SERVICE – GREEN CARD

| 2. Article Number | COMPLETE THIS SECTION ON DELIVERY | |
|---|---|---|
| | A. Received by (Please Print Clearly) | B. Date of Delivery 12-8-04 |
| | C. Signature X _Linda Tarris_ | ☐ Agent ☐ Addressee |
| 7160 3901 9842 6097 1717 | D. Is delivery address different from item 1? If YES, enter delivery address below: | ☐ Yes ☐ No |
| 3. Service Type  CERTIFIED MAIL | | |
| 4. Restricted Delivery? (Extra Fee)          ☐ Yes | | |
| 1. Article Addressed to: | | |

GABE JEANNETTE TARIFF, M.D.
EMPLOYEE OF THE UNITED STATES OF
AMERICA
26 QUEEN STREET
WORCESTER, MA  01610-2473

PS Form 3811, January 2003                        Domestic Return Receipt        10255XX\2WC

THE PLAINTIFF,
BY THEIR ATTORNEY,

ELIZABETH N. MULVEY
DAVID W. SUCHECKI
CROWE AND MULVEY, L.L.P.
141 TREMONT STREET
BOSTON, MA 02111
(617) 426-6006

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| REGINA ANKRAH and ISAAC OWUSU-AFRIYIE, as CO-EXECUTORS OF THE ESTATE OF ANGELINA OWUSU-AFRIYIE<br>      PLAINTIFFS,<br><br>V.<br><br>THE UNITED STATES OF AMERICA, KENNETH K. GERWECK, M.D. AND SANDRA L. SALERNO, R.N.<br>      DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CIVIL ACTION NO: 04-40249

RETURN OF SERVICE – GREEN CARD

**2. Article Number**

7160 3901 9842 6097 1724

**3. Service Type    CERTIFIED MAIL**

**4. Restricted Delivery?** *(Extra Fee)*  ☐ Yes

**1. Article Addressed to:**

U. S. DEPT. OF JUSTICE
OFFICE OF THE ATTORNEY GENERAL
950 PENNSYLVANIA AVE N.
WASHINGTON, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)

B. Date of Delivery

C. Signature

X    DEC 1 3 2004    ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

PS Form 3811, January 2003    Domestic Return Receipt

THE PLAINTIFF,
BY THEIR ATTORNEY,

ELIZABETH N. MULVEY
DAVID W. SUCHECKI
CROWE AND MULVEY, L.L.P.
141 TREMONT STREET
BOSTON, MA 02111
(617) 426-6006

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REGINA ANKRAH and ISAAC OWUSU-AFRIYIE, as CO-EXECUTORS OF THE ESTATE OF ANGELINA OWUSU-AFRIYIE<br>        PLAINTIFFS,<br><br>V.<br><br>THE UNITED STATES OF AMERICA, KENNETH K. GERWECK, M.D. AND SANDRA L. SALERNO, R.N.<br>        DEFENDANTS. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

CIVIL ACTION NO: 04-40249

RETURN OF SERVICE – GREEN CARD

2. Article Number

7160 3901 9842 7722 8170

3. Service Type   **CERTIFIED MAIL**

4. Restricted Delivery? *(Extra Fee)*      ☐ Yes

1. Article Addressed to:

**COMPLETE THIS SECTION ON DELIVERY**

A. Received by (Please Print Clearly)      B. Date of Delivery

C. Signature
X _____      ☐ Agent  ☐ Addressee

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

PS Form 3811, January 2003      Domestic Return Receipt

THE PLAINTIFF,
BY THEIR ATTORNEY,

ELIZABETH N. MULVEY
DAVID W. SUCHECKI
CROWE AND MULVEY, L.L.P.
141 TREMONT STREET
BOSTON, MA 02111
(617) 426-6006