IN THE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REGINA ANKRAH and ISSAC OWUSU-AFRIYIE as co-executors of the estate of ANGELINA OWUSU-AFRIYIE, <br><br> Plaintiffs, <br><br> v. <br><br> KENNETH K. GERWECK, M.D., LISE J. TARDIFF, M.D. and SANDRA L. SALERNO, R.N., <br><br> Defendants. | CASE NO.: 04-40249 FDS |

## ASSENTED TO MOTION TO CONTINUE SCHEDULING CONFERENCE

Now comes the defendant, United States of America, and hereby moves this Court for a continuance of the May 20, 2005 Scheduling Conference in this case. As reasons therefore, the undersigned counsel for Defendant asserts that she is scheduled to be on annual leave from May 9 through May 23, 2005.

If the Court grants this Motion, all parties to this matter are available on June 6, 7, or 13, 2005, for the Scheduling Conference.

WHEREFORE, Defendant respectfully requests that this Court allow its motion for a continuance of the May 20, 2005, Scheduling Conference.

          Respectfully submitted,

          By their attorney,

          MICHAEL J. SULLIVAN
          United States Attorney

Dated: May 4, 2005         /s/ Gina Y. Walcott-Torres
          By:  Gina Y. Walcott-Torres
          Assistant U.S. Attorney
          John Joseph Moakley U.S. Courthouse
          1 Courthouse Way, Suite 9200
          Boston, MA 02210
          (617) 748-3369

## LOCAL RULE 7.1(A)(2) CERTIFICATION

The undersigned certifies that the other parties were consulted, either by e-mail or telephone, and they assented to the filing of this motion and provided the available dates outlined in the forgoing motion.

          /s/ Gina Y. Walcott-Torres
          Gina Y. Walcott-Torres
          Assistant United States Attorney