```
            UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
_____
                              )
REGINA ANKRAH, as,            )
co-executor of the Estate of  )
Angelina Iwusu-Afriyie,       )
                              )
      Plaintiff,              )
                              )   C.A. No. 04-40249-FDS
v.                            )
                              )
UNITED STATES OF AMERICA,     )
et al.,                       )
                              )
      Defendants.             )
_____)
```

**<u>SUBSTITUTION OF APPEARANCE</u>**

To the Clerk:

    Please enter my appearance in the above-captioned case as counsel for the Defendant, United States of America, in substitution for Assistant United States Attorney Gina Walcott-Torres.

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                    United States Attorney

                            By: /s/ Rayford A. Farquhar
                                Rayford A. Farquhar
                                Assistant U.S. Attorney
                                John J. Moakley U.S. Courthouse
                                1 Courthouse Way, Suite 9200
                                Boston, MA  02210
                                (617) 748-3100

Dated: January 4, 2006

<u>CERTIFICATE OF SERVICE</u>

    I hereby certify that the foregoing document was served upon Plaintiff, through her counsel David W. Suchecki, Crowe & Mulvey LLP, 141 Tremont Street, Boston, MA 02111.

                                    <u>/s/ Rayford A. Farquhar</u>
                                    Rayford A. Farquhar
                                    Assistant U.S. Attorney