UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 4:04-cv-40249-FDS

REGINA ANKRAH AND ISAAC OWUSU-AFRIYIE, AS CO-EXECUTORS OF THE ESTATE OF ANGELINA OWUSU-AFRIYIE,
    Plaintiffs

v.

THE UNITED STATES OF AMERICA, KENNETH K. GERWECK, M.D., AND SANDRA L. SALERNO, R.N.
    Defendant

## PARTIES' JOINT MOTION TO EXTEND THE DEADLINE FOR COMPLETION OF DISCOVERY

Now come the parties and respectfully request that this Court extend the deadline for completion of non-expert depositions from March 31, 2006 to April 30, 2006 and the deadline for expert disclosures for the plaintiff from April 30, 2006 to May 30, 2006.

In support of this motion, the parties state:

1.    The instant case was originally filed in the Worcester Superior Court on or about December of 2003. Initial discovery led to the understanding that the Federal Tort Claims Act was controlling and provided immunity to defendant, Dr. Lisa Tardiff.

2.    A Stay of Discovery was ordered by J. Fecteau of the Worcester Superior Court until a malpractice tribunal had been convened.

3.    Dr. Lisa Tardiff was then dismissed from the action in August of 2004.

4.    The medical malpractice tribunal convened on October 5, 2004 and found sufficient evidence to warrant further inquiry as to Ms. Salerno and Dr. Gerweck.

296282v1

5. The case was removed to the United States District Court for the District of Massachusetts on or about December 2004.

6. A scheduling conference was held in U.S. District Court, District of Massachusetts on June 13, 2005, at which time the court assigned discovery deadlines including:

- All non-expert depositions to be completed by March 31, 2006.
- Status conference to be held on April 10, 2006.
- Plaintiff to designate experts by April 30, 2006.
- Defendants to designate experts by June 30, 2006.
- Expert depositions to be completed by July 31, 2006.

7. The depositions of the defendants, Dr. Gerweck and Ms. Salerno have been completed. However, the depositions of the plaintiffs and witness, Lisa Tardiff, M.D., although scheduled, have been postponed due to counsel's scheduling conflicts and trial commitments.

8. The parties have determined that an additional month is required to schedule and complete these depositions.

9. No prior extensions have been requested or granted in this matter.

10. With the proposed two changes to the scheduling order, the remainder of the deadlines will be unchanged and the case will be ready for pretrial conference on October 26, 2006 as per the Court ordered schedule.

Wherefore, the parties request this Honorable Court allow an extension of the deadline for completion of non-expert depositions to April 30, 2006 and plaintiff's expert disclosure to be completed by May 30, 2006.

| | |
|---|---|
| For the Defendants,<br>Kenneth K. Gerweck, M.D. and<br>Sandra R. Salerno, R.N.<br>By Their Attorneys,<br>MORRISON MAHONEY LLP<br><br>s/Dennis R. Anti | For the Defendant,<br>Commonwealth of Massachusetts<br>By Its Attorneys<br>Assistant U.S. Attorney's Office<br><br><br>s/Rayford Farquhar |
| Dennis R. Anti, Esquire ~ BBO 545898<br>Heather G. Beattie, Esquire ~ BBO 643197<br>1500 Main Street, Suite 2400<br>P.O. Box 15387<br>Springfield, MA  01115-5387<br>(413) 737-4373<br>(413) 739-3125 (Fax) | Rayford Farquhar, Esquire<br>U.S. Department of Justice<br>John Joseph Moakley United States Courthouse<br>1 Courthouse Way, Suite 9200<br>Boston, MA 02210<br>617 748-3284<br>617 748-3974 (Fax) |
| For the Plaintiffs,<br>Regina Ankrah and Isaac Owusu Afriyie as Co-Executors of the Estate of Angelina Owusu Afriyie<br><br><br>s/Elizabeth Mulvey<br>Elizabeth N. Mulvey, Esquire<br>Crowe & Mulvey, LLP<br>141 Tremont Street<br>Boston, MA 02111<br>(617) 426-4488<br>(617) 426-5511  (Fax) | |

Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on (date).

/s/Dennis R. Anti

Dennis R. Anti, BBO No. 545898