# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

REGINA ANKRAH, as, co-executor of the
Estate of Angelina Iwusu-Afriyie,

Plaintiffs,

v.

UNITED STATES OF AMERICA, *et al.*,

Defendants.

**Civil Action No. 04-40249-FDS**

## NOTICE AND SUBSTITUTION OF APPEARANCE

Pursuant to Local Rules 83.5.2(a) and 83.5.3(a), please enter the appearance of Anton P. Giedt, Assistant United States Attorney, as counsel for the United States in the above captioned action, in substitution for Rayford A. Farquhar.

Respectfully submitted,

UNITED STATES OF AMERICA

MICHAEL J. SULLIVAN
United States Attorney

By:    /s/ Anton P. Giedt   7/18/2006
Anton P. Giedt
Assistant U.S. Attorney
1 Courthouse Way
Boston, MA 02210
617-748-3309 (Voice)
617-748-3967 (Fax)
anton.giedt@usdoj.gov

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                                                    Boston, Massachusetts
                                                                               DATE:  July 18, 2006

   I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon
counsel of record in this action through Electronic Filing.

                                                    /s/ Anton P. Giedt
                                                    Anton P. Giedt
                                                    Assistant U.S. Attorney