UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REGINA ANKRAH, as, co-executor of the Estate of Angelina Iwusu-Afriyie,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | **Civil Action No. 04-40249-FDS** |

## ASSENTED TO MOTION TO CONTINUE STATUS CONFERENCE

The United States respectfully requests a continuance of the rescheduled status conference now set for July 26, 2006, to a date after August 29, 2006. Undersigned counsel was recently assigned to this action and has a previously scheduled work conflict and will be out of the jurisdiction from July 24 through July 28. Similarly, undersigned counsel has work conflicts through August 8, 2006, and will be on previously scheduled personal leave from August 11 through August 25.

      Undersigned counsel certifies that he has conferred with counsel for the other parties to this action and that all parties assent to this request for continuance of the status conference. This Motion is made in good faith and is not made to delay the action, or for any other improper purpose.

                                            Respectfully submitted,

                                            UNITED STATES OF AMERICA

                                            MICHAEL J. SULLIVAN
                                            United States Attorney

By:    /s/ Anton P. Giedt   7/24/2006
        Anton P. Giedt
        Assistant U.S. Attorney
        1 Courthouse Way
        Boston, MA 02210
        617-748-3309 (Voice)
        617-748-3967 (Fax)
        anton.giedt@usdoj.gov

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                                                                              Boston, Massachusetts
                                                                                                              DATE:  July 24, 2006

   I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon counsel of record in this action through Electronic Filing.
                                                                    /s/ Anton P. Giedt
                                                                    Anton P. Giedt
                                                                   Assistant U.S. Attorney