UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REGINA ANKRAH and ISAAC OWUSU-AFRIYIE, as CO-EXECUTORS OF THE ESTATE OF ANGELINA OWUSU-AFRIYIE<br><br>PLAINTIFFS,<br><br>V.<br><br>THE UNITED STATES OF AMERICA, KENNETH K. GERWECK, M.D. AND SANDRA L. SALERNO, R.N.<br><br>DEFENDANTS. | CIVIL ACTION NO: 04-40249 |

**PLAINTIFFS' ASSENTED TO MOTION TO EXTEND
EXPERT DISCLOSURE DEADLINES**

NOW COME the plaintiffs and hereby request that this Honorable Court extend the expert disclosure deadlines in this matter by 60 days. As reasons therefore, the plaintiffs state as follows:

1. This is a serious medical malpractice action brought by the plaintiffs, Regina Ankrah and Isaac Owusu-Afriyie as co-executors of the estate of their late daughter, Angelina Owusu-Afriyie. This action has been brought to recover for the wrongful death of Angelina Owusu-Afriyie due to the alleged negligent medical care and treatment rendered to her and her mother by the defendants, The United States of America, Kenneth Gerweck, M.D. and Sandra L. Salerno, R.N.

2. Through the course of discovery, plaintiffs' counsel learned of the existence of both autopsy slides and placental pathology slides that are in the possession, custody and control of UMASS Memorial Health Care. Plaintiffs' counsel made a written request

along with a HIPPA complaint authorization to UMASS Memorial Health Care for the production of these slides as it is necessary for them to be reviewed by an appropriate expert to properly and adequately work-up the case. Risk Management at UMASS Memorial Health Care, however, indicated that it would not release the slides without a Court Order.

3. In efforts to obtain expert review and appropriately comply with its July 31, 2006 expert disclosure deadline, plaintiffs' counsel filed a Motion to Compel UMASS Memorial to release the autopsy slides and placental pathology slides. (Attachment A). This court has not yet ruled on this motion.

4. Counsel for the plaintiffs has agreed to similarly extend the defendants' expert disclosure deadline by 60 days.

5. Plaintiff's counsel has obtained the assent to the allowance of the Motion from all defendants in this matter.

WHEREFORE, the plaintiffs respectfully request that this Honorable Court grant their Assented to Motion to Extend the expert disclosure deadlines for both plaintiffs and defendants by 60 days based upon the aforementioned reasons and in the interests of justice.

        Respectfully submitted,
        The plaintiffs,
        By their attorney,


        /s/ Elizabeth N. Mulvey
        ELIZABETH N. MULVEY
        Crowe & Mulvey, LLP.
        141 Tremont Street
        Boston, MA 02111
        (617) 426-4488
        BBO# 542091

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REGINA ANKRAH and ISAAC OWUSU-AFRIYIE, as CO-EXECUTORS OF THE ESTATE OF ANGELINA OWUSU-AFRIYIE<br><br>PLAINTIFFS,<br><br>V.<br><br>THE UNITED STATES OF AMERICA, KENNETH K. GERWECK, M.D. AND SANDRA L. SALERNO, R.N.<br><br>DEFENDANTS. | CIVIL ACTION NO: 04-40249 |

**PLAINTIFFS' MOTION TO COMPEL**

NOW COME the plaintiffs, Regina Ankrah and Isaac Owusu-Afriyie, as co-executors of the estate of Angelina Owusu-Afriyie, in the above-entitled action and hereby request that this Honorable Court Order UMASS Memorial Health Care to release its original autopsy slides and placental pathology slides pertaining to Angelina Owusu-Afriyie. In support of their motion, the plaintiffs state the following:

1. This is a serious medical malpractice action brought by the plaintiffs, Regina Ankrah and Isaac Owusu-Afriyie as co-executors of the estate of their late daughter, Angelina Owusu-Afriyie. This action has been brought to recover for the wrongful death of Angelina Owusu-Afriyie due to the alleged negligent medical care and treatment rendered to her and her mother by the defendants, The United States of America, Kenneth Gerweck, M.D. and Sandra L. Salerno, R.N.

2. Through the course of discovery, plaintiffs' counsel learned of the existence of both autopsy slides and placental pathology slides that are

        in the possession, custody and control of UMASS Memorial Health Care. Plaintiffs' counsel made a written request along with a HIPPA complaint authorization to UMASS Memorial Health Care for the production of these slides as it is necessary for them to be reviewed by an appropriate expert to properly and adequately work-up the case.

3.    Risk Management at UMASS Memorial Health Care advised plaintiffs' counsel that it would not release the slides without a Court Order.

4.    Plaintiffs' expert disclosure deadline is July 31, 2006. In order to appropriately comply with this deadline, the plaintiffs need to have the slides reviewed by expert witnesses.

    WHEREFORE, the plaintiffs respectfully request that this Honorable Court grant their Motion For Release of Original Records and order UMASS Memorial Health Care to release the above-mentioned original autopsy slides and placental pathology slides based upon the aforementioned reasons and in the interests of justice.

                                       Respectfully submitted,
                                       The plaintiffs,
                                       By their attorney,

                                       /s/David W. Suchecki
                                       DAVID W. SUCHECKI
                                       Crowe & Mulvey, LLP.
                                       141 Tremont Street
                                       Boston, MA 02111
                                       (617) 426-4488