UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

REGINA ANKRAH and ISAAC OWUSU-AFRIYIE, as CO-EXECUTORS OF THE ESTATE OF ANGELINA OWUSU-AFRIYIE

       PLAINTIFFS,

V.

THE UNITED STATES OF AMERICA, KENNETH K. GERWECK, M.D. AND SANDRA L. SALERNO, R.N.

       DEFENDANTS.

CIVIL ACTION NO: 04-40249-FDS

### COURT ORDER ON PLAINTIFF'S MOTION TO COMPEL

This court hereby orders UMASS Memorial Health Care to release any and all original autopsy slides and/or placental pathology slides it has within its possession, custody or control pertaining to Angelina Owusu-Afriyie to the law firm of Crowe & Mulvey, LLP

Dated: August 2, 2006

Timothy S. Hillman
Magistrate Judge