UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REGINA ANKRAH and ISAAC OWUSU-AFRIYIE, as CO-EXECUTORS OF THE ESTATE OF ANGELINA OWUSU-AFRIYIE<br><br>　　PLAINTIFFS,<br><br>V.<br><br>THE UNITED STATES OF AMERICA, KENNETH K. GERWECK, M.D. AND SANDRA L. SALERNO, R.N.<br><br>　　DEFENDANTS. | CIVIL ACTION NO: 04-40249-FDS |

**PLAINTIFFS' TALBE OF AUTHORITIES IN SUPPORT OF THEIR OPPOSITION TO DEFENDANT, KENNETH K. GERWECK, M.D.'S MOTION FOR SUMMARY JUDGMENT**

1.  Fed. R. Civ. P. 56(c)

2.  28 U.S.C. § 1331

3.  28 U.S.C. § 1367

4.  M.G.L. c. 258 § 1

5.  M.G.L. c. 258 § 2

6.  *Adickes v. S.H. Kress & Co.*, 398 U.S. 144 (1970)

7.  *Anderson v. Liberty Lobby, Inc.*, 477 U.S. 242 (1986)

8.  *Celotex Corp. v. Catrett*, 477 U.S. 317 (1986)

9.  *Erie R.R. Co. v. Tompkins*, 304 U.S. 64 (1938)

10. *Nebraska v. Wyoming*, 507 U.S. 584 (1993)

11. *Carcieri v. Norton,* 398 F.3d 22 (1st Cir. 2005)

12. *Dykes v. Deputy, Inc.*, 140 F.3d 31 (1st Cir. 1998)

13. *Goldman v. First Nat'l Bank of Boston,* 985 F.2d 1113 (1st Cir. 1993)

14. *LeBlanc v. Great Am. Ins. Co.,* 6 F.3d 836 (1st Cir. 1993)

15. *O'Connor v. Steeves,* 994 F.2d 905 (1st Cir.1993)

16. *Chapman v. Bernard's Inc.,* 167 F.Supp.2d 406 (D.Mass. 2001)

17. *Kelley v. Rossi,* 395 Mass. 659 (1985)

18. *McNamara v. Honeyman*, 406 Mass. 43 (1989)

19. *Pruner v. Clerk of Superior Court in the County of Norfolk*, 382 Mass. 309 (1981)

20. *Smith v. Steinberg*, 395 Mass. 666 (1985)

21. *Mensah v. Goedken*, 2006 WL 1075453 (Mass. Super. April 4, 2006)

22. *Mills-Ort v. Germano*, 2006 WL 1360813 (Mass. Super. April 4, 2006)

        Respectfully submitted,
        Regina Ankrah and Isaac Owusu-Afriyie,
        By their attorney,

        /s/ David W. Suchecki
        David W. Suchecki
        Elizabeth N. Mulvey
        Crowe & Mulvey, LLP
        141 Tremont Street
        Boston, MA  02111
        (617) 426-4488