UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REGINA ANKRAH, as, co-executor of the Estate of Angelina Iwusu-Afriyie,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | **Civil Action No. 04-40249-FDS** |

**JOINT MOTION FOR EXTENSION OF TIME TO COMPLETE EXPERT DISCOVERY
FOR PURPOSES OF SETTLEMENT NEGOTIATIONS**

The Parties to this action, through counsel, respectfully request an extension of time of 24 days until January 31, 2007, to complete expert discovvery for the purpose of engaging in settlement negotiations. The United States is in the process of preparing a settlement counter-proposal in response to a proposal recently offered by the plaintiffs. The extension of time will allow the parties to focus on settlement and avoid the additional costs of expert discovery in the event a settlement can be reached. The parties also request that pre-trial proceedings also be extended past the current date of February 12, 2007.

This Motion is made in good faith and is not made to delay the action, or for any other improper purpose.

Respectfully submitted,

| For the Plaintiff, | For the Defendant, |
|---|---|
| REGINA ANKRAH, ET AL., | UNITED STATES OF AMERICA |
| | MICHAEL J. SULLIVAN<br>United States Attorney |

| | | |
|---|---|---|
| /s/ David W. Suchecki 12/14/2006 (By: APG)<br>Elizabeth Mulvey<br>David W. Suchecki<br>CROWE AND MULVEY, L.L.P.<br>141 Tremont Street<br>Boston, MA 0211<br>617-426-4488 (Voice)<br>617-426-5511 (Fax)<br>dsuchecki@croweandmulvey.com | By: | /s/ Anton P. Giedt 12/14/2006<br>Anton P. Giedt<br>Assistant U.S. Attorney<br>1 Courthouse Way<br>Boston, MA 02210<br>617-748-3309 (Voice)<br>617-748-3967 (Fax)<br>anton.giedt@usdoj.gov |

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                                                                           Boston, Massachusetts
                                                                                                       DATE: December 14, 2006

I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon counsel of record in this action through Electronic Filing.

/s/ Anton P. Giedt
Anton P. Giedt
Assistant U.S. Attorney