UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REGINA ANKRAH, as, co-executor of the Estate of Angelina Iwusu-Afriyie, <br><br> Plaintiffs, <br><br> v. <br><br> THE UNITED STATES OF AMERICA, <br><br> Defendant. | Civil Action No.: 04-40249- FDS |

**JOINT MOTION FOR REFERRAL TO COURT SPONSORED MEDIATION
AND CONTINUATION OF PRE-TRIAL CONFERENCE**

The Parties in the above captioned action respectfully request referral from the Court to the Court sponsored mediation program. The Parties have had initial settlement discussion and believe that further settlement discussions assisted through mediation may resolve this matter without further litigation.

This request is made in good faith and is not made to delay the action, or for any other improper purpose. Therefore, the Parties respectfully request that the Court grant this request and refer this action to the Court sponsored mediation program.

Respectfully submitted,

| For the Plaintiffs, | For the Defendant, |
|---|---|
| REGINA ANKRAH, as, co-executor of the Estate of Angelina Iwusu-Afriyie,, | UNITED STATES OF AMERICA, |
| | MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/ David Suchecki 1/31/2007 (By: APG)<br>Elizabeth Mulvey<br>BBO# 542091<br>David Suchecki<br>Crowe and Mulvey, L.L.P<br>141 Tremont Street<br>Boston, MA 02111<br>617-426-4488 (Voice)<br>617-426-5511 (Fax) | By:  /s/ Anton P. Giedt  1/31/2007<br>Anton P. Giedt<br>Assistant U.S. Attorney<br>1 Courthouse Way<br>Boston, MA 02210<br>BBO No: 563928<br>617-748-3309 (Voice)<br>617-748-3971 (Fax)<br>anton.giedt@usdoj.gov |

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                                                                                Boston, Massachusetts
                                                                                                            DATE: January 31, 2007

I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon the Plaintiffs' counsel of record by Electronic Filing.

/s/ Anton P. Giedt
Anton P. GIedt
Assistant U.S. Attorney

2