UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| REGINA ANKRAH, as, co-executor of the Estate of Angelina Iwusu-Afriyie,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, *et al.*,<br><br>Defendants. | Civil Action No. 04-40249-FDS |

**ASSENTED TO MOTION FOR EXTENSION OF TIME
TO COMPLETE EXPERT REPORTS**

The United States respectfully request, with the assent of the plaintiffs, an extension of time of 9 days until February 9, 2007, to complete Defendant's expert reports. Due to an urgent personal medical matter, undersigned counsel was unable to complete the United States' expert reports by January 31, 2007. This is the final discovery task to be completed after which the parties have requested a referral to the court sponsored mediation program.

      This Motion is made in good faith and is not made to delay the action, or for any other improper purpose.

Respectfully submitted,

| For the Plaintiff, | For the Defendant, |
|---|---|
| REGINA ANKRAH, ET AL., | UNITED STATES OF AMERICA |
| | MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/ David W. Suchecki 2/6/2007 (By: APG)<br>Elizabeth Mulvey<br>David W. Suchecki<br>CROWE AND MULVEY, L.L.P.<br>141 Tremont Street<br>Boston, MA 0211<br>617-426-4488 (Voice)<br>617-426-5511 (Fax)<br>dsuchecki@croweandmulvey.com | By:  /s/ Anton P. Giedt 2/6/2007<br>Anton P. Giedt<br>Assistant U.S. Attorney<br>1 Courthouse Way<br>Boston, MA 02210<br>617-748-3309 (Voice)<br>617-748-3967 (Fax)<br>anton.giedt@usdoj.gov |

**CERTIFICATE OF SERVICE**

Suffolk, ss.                                          Boston, Massachusetts
                                                                          DATE: February 6, 2007

   I, Anton P. Giedt, Assistant U.S. Attorney, do hereby certify that I have this day served a copy of the foregoing upon counsel of record in this action through Electronic Filing.
                                                                            /s/ Anton P. Giedt
                                                                            Anton P. Giedt
                                                                            Assistant U.S. Attorney